2

AO 440 (Rev. 1/90) Summons in a Civil Action

B-02-114

## RETURN OF SERVICE

| | DATE 5/29/02 | United States District Court Southern District of Texas |
|---|---|---|
| Service of the Summons and Complaint was made by me[1] | | FILED |
| NAME OF SERVER (PRINT) Lisa S. Brodyaga | TITLE Attorney | MAY 30 2002 |

Check one box below to indicate appropriate method of service

Michael N. Milby
Clerk of Court

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Received for E. M. Trominski
by Chris Bernal
05/29/02

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/30/02
              Date                    Signature of Server

Address of Server
Lisa Brodyaga, Attorney
REFUGIO DEL RIO GRANDE
17891 Landrum Park Road
San Benito, Texas 78586

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
Rec'd.
02 MAY 30 PM 4:08
MICHAEL N. MILBY, CLERK

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.