3

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 0 2002

Michael N. Milby
Clerk of Court

CANTU-DELGADILLO

VS.                                          CIVIL ACTION: B-02-CV-114

TROMINSKI


## NOTICE OF REASSIGNMENT


Notice is given on this 14th day of June, 2002 of the reassignment of this

case to the Honorable Andrew S. Hanen, U.S. District Judge.   All settings

will remain the same.