5

AO 440 (Rev. 1/90) Summons in a Civil Action

John Ashcroft    RETURN OF SERVICE CAB-02-114

Service of the Summons and Complaint was made by me[1]   DATE  6/10/02

NAME OF SERVER (PRINT) Lisa S. Brodyaga    TITLE Attorney

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served : _____

117-C0-8

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): _____ Cert. mail RRR _____

United States District Court
Southern District of Texas
FILED

JUN 21 2002

Michael N. Milby
Clerk of Court

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____ 6/20/02 _____
　　　　　　　　　Date

Signature of Server

Lisa Brodyaga, Attorney
REFUGIO DEL RIO GRANDE
17891 Landrum Park Road
San Benito, Texas 78586

Address of Server

---

Is your RETURN ADDRESS completed on the reverse side?

**SENDER:** Cerda-Cardenas +
■ Complete items 1 and/or 2 for additional services.
■ Complete items 3, 4a, and 4b.
■ Print your name and address on the reverse of this form so that we can return this card to you.
■ Attach this form to the front of the mailpiece, or on the back if space does not permit.
■ Write "Return Receipt Requested" on the mailpiece below the article number.
■ The Return Receipt will show to whom the article was delivered and the date delivered.

Cantu-Delgadillo

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

Thank you for using Return Receipt Service.

United States District Court
Southern District of Texas
RECEIVED

JUN 21 2002

Michael N. Milby, Clerk of Court

3. Article Addressed to:

John Ashcroft US Atty
950 Penn. Ave NW #5111
Wash. DC 20530-0001

4a. Article Number
7000 0520 0023 5679 1193

4b. Service Type
☐ Registered        ☑ Certified
☐ Express Mail      ☐ Insured
☐ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery

5. Received By: (Print Name)

8. Addressee's Address (Only if requested and fee is paid)

6. Signature: (Addressee or Agent)
X

PS Form 3811, December 1994    102595-97-B-0179    Domestic Return Receipt