IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 0 6 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| TEODULO CANTU-DELGADILLO, )<br>)<br>    Petitioner, )<br>)<br>v. )<br>)<br>E.M. TROMINSKI, INS DISTRICT )<br>DIRECTOR, and )<br>JOHN ASHCROFT, ATTORNEY )<br>GENERAL OF THE UNITED STATES, )<br>)<br>    Respondents. )<br>_____) | CIVIL ACTION NO. B-02-114 |

RESPONDENTS' UNOPPOSED MOTION FOR
EXTENSION OF TIME TO RESPOND

COME NOW, the Respondents, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, and present this motion for extension of time to respond to the Petition for Writ of Habeas Corpus Seeking Review of Order of Deportation filed by the Petitioner.

The undersigned, who is responsible for and intimately involved with the case, has been working part-time from her home after recent hospitalizations. Although she has been able to do

some work, her research capabilities are severely limited. She is expected to return to the office, on a part-time basis, on August 5, 2002.

Since this case involves several issues that require significant research, the Respondents respectfully request an extension of time to prepare a proper response. The Return is due on August 5, 2002. The Respondents request an extension until August 26, 2002.

Petitioner's counsel, Lisa Brodyaga, has been contacted regarding this request and expressed she would not be opposed to the extension of time to respond.

Based on the foregoing, the Respondents respectfully request an extension of time to file a Return in this matter until August 26, 2002.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney
Southern District of Texas

LISA M. PUTNAM
Special Assistant U.S. Attorney
P.O. Box 1711
Harlingen, Texas 78551
Tel: (956) 389-7051
Georgia Bar No. 590315
Federal Bar No. 23937

August _1_, 2002

2

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Respondents' Unopposed Motion for Extension of Time to Respond was mailed via first class mail, postage prepaid to:

> Lisa Brodyaga, Esquire
> Refugio Del Rio Grande
> 17891 Landrum Park Rd.
> San Benito, TX  78586

on this 1st day of August, 2002.

LISA M. PUTNAM
Special Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| TEODULO CANTU-DELGADILLO, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> E.M. TROMINSKI, INS DISTRICT ) <br> DIRECTOR, and ) <br> JOHN ASHCROFT, ATTORNEY ) <br> GENERAL OF THE UNITED STATES, ) <br> ) <br> Respondents. ) <br> _____) | CIVIL ACTION NO. B-02-114 |

**ORDER**

Upon consideration of the Unopposed Motion for Extension of Time to Respond filed by the Respondents, the Court finds that the motion for extension of time to respond should be granted.

It is therefore

ORDERED, ADJUDGED AND DECREED that the Respondents will have until on or before August 26, 2002, to file a response.

Done this _____ day of _____, 2002.

_____