

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 1 2 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

TEODULO CANTU-DELGADILLO,         )
                                  )
    Petitioner,                   )
                                  )
v.                                )
                                  )   CIVIL ACTION NO. B-02-114
E.M. TROMINSKI, INS DISTRICT      )
DIRECTOR, and                     )
JOHN ASHCROFT, ATTORNEY           )
GENERAL OF THE UNITED STATES,     )
                                  )
    Respondents.                  )
_____)

**ORDER**

Upon consideration of the Unopposed Motion for Extension of Time to Respond (Docket No. 7) filed by the Respondents, the Court finds that the motion for extension of time to respond should be granted.

It is therefore

ORDERED, ADJUDGED AND DECREED that the Respondents will have until on or before August 26, 2002, to file a response.

Done this 12 day of AUGUST, 2002.