UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 1 3 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| TEODULO CANTU-DELGADILLO | * |
| | * |
| VS | * |
| | * |
| E. M. TROMINSKI, DISTRICT | *   CIVIL ACTION NO. B-02-114 |
| DIRECTOR, THE IMMIGRATION & | * |
| NATURALIZATION SERVICE and | * |
| JOHN ASHCROFT, UNITED STATES | * |
| ATTORNEY GENERAL | * |

## ORDER REASSIGNING CASE

The Court finds that this case is related to *Cantu-Delgadillo v Trominski, Et Al*, C. A. No. B-02-045.

Accordingly, it is hereby ORDERED that this case is reassigned to the Honorable Hilda G. Tagle, U. S. District Judge. Current settings in this case are cancelled.

SIGNED on this the 13th day of September, 2002.

Andrew S. Hanen
United States District Judge