UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 2 5 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| LAURA ESTELLA SALAZAR-REGINO, Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. B-02-45 |
| E.M. TROMINSKI, INS DISTRICT DIRECTOR, ET AL. Defendant. | § § § § | |
| | | |
| TEODULO CANTU-DELGADILLO, Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. B-02-114 |
| E.M. TROMINSKI, INS DISTRICT DIRECTOR, ET AL. Defendant. | § § § § | |
| | | |
| DANIEL CARRIZALOS-PEREZ, Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. B-02-136 |
| AARON CABRERA, INS ACTING DISTRICT DIRECTOR, ET AL. Defendant. | § § § § | |
| | | |
| MANUEL SANDOVAL-HERRERA, Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. B-02-138 |
| AARON CABRERA, INS ACTING DISTRICT DIRECTOR, ET AL. Defendant. | § § § § | |

| | |
|---|---|
| EUGENIO REYNA MONTOYA, § <br> Plaintiff, § <br> § <br> v. § <br> § <br> AARON CABRERA, § <br> INS ACTING DISTRICT DIRECTOR, ET AL. § <br> Defendant. § | CIVIL ACTION NO. B-02-144 |
| OSWALDO CALDERON-TERRAZAS, § <br> Plaintiff, § <br> § <br> v. § <br> § <br> AARON CABRERA, § <br> INS ACTING DISTRICT DIRECTOR, ET AL. § <br> Defendant. § | CIVIL ACTION NO. B-02-145 |

## **ORDER**

The parties in the above styled causes of action are hereby ORDERED to appear before Judge Recio for a status conference on December 17, 2002 at 1:30 p.m.

DONE at Brownsville, Texas, this 25th day of November, 2002.

Felix Recio
United States Magistrate Judge