

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 1 6 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| LAURA ESTELLA SALAZAR-REGINO,<br>Plaintiff, | § § § | |
| v. | § § | |
| E.M. TROMINSKI,<br>INS DISTRICT DIRECTOR, ET AL. | § § § § | CIVIL ACTION NO. B-02-45 |
| Defendant | § § | |
| TEODULO CANTU-DELGADILLO<br>Plaintiff, | § § § | |
| v. | § § § | |
| E.M. TROMINSKI,<br>INS DISTRICT DIRECTOR, ET AL. | § § § § | CIVIL ACTION NO. B-02-114 ✓ |
| Defendant | § § | |
| DANIEL CARRIZALOS-PEREZ<br>Plaintiff, | § § § | |
| v. | § § § | |
| AARON CABRERA<br>INS DISTRICT DIRECTOR, ET AL. | § § § § | CIVIL ACTION NO. B-02-136 |
| Defendant | § § § | |

United States District Court
Southern District of Texas
ENTERED
DEC 1 6 2002
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MANUEL SANDOVAL-HERRERA<br>Plaintiff,<br><br>v.<br><br>AARON CABRERA<br>INS DISTRICT DIRECTOR, ET AL.<br><br><br>Defendant | § § § § § § § § § § § | <br><br><br><br>CIVIL ACTION NO. B-02-138 |
| EUGENIO REYNA-MONTOYA<br>Plaintiff,<br><br>v.<br><br>AARON CABRERA<br>INS DISTRICT DIRECTOR, ET AL.<br><br><br>Defendant | § § § § § § § § § § § | <br><br><br><br>CIVIL ACTION NO. B-02-144 |
| OSWALDO CALDERON-TERRAZAS<br>Plaintiff,<br><br>v.<br><br>AARON CABRERA<br>INS DISTRICT DIRECTOR, ET AL.<br><br><br>Defendant | § § § § § § § § § § § | <br><br><br><br>CIVIL ACTION NO. B-02-145 |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE

Came on to be heard this day the Motion to Continue Status Conference filed by Defendants Immigration and Naturalization Service et. al, the Court is of the opinion that the Motion should be granted.

It is therefore ORDERED that the status conference will be rescheduled to January 23, 2003, at 1:30 p.m.

Done this 16th day of December, at Brownsville, Texas.

_____
Felix Recio
United States Magistrate Judge