UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

*16*

United States District Court
Southern District of Texas
ENTERED

JAN 1 6 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

```
LAURA ESTELLA SALAZAR-REGINO      *
         VS                       *     C.A. NO. B-02-045
E. M. TROMINSKI, ET AL            *
------------------------------------------------------------

TEODULO CANTU-DELGADILLO          *
         VS                       *     C.A. NO. B-02-114
E. M. TROMINSKI, ET AL            *
------------------------------------------------------------

DANIEL CARRIZALOS-PEREZ           *
         VS                       *     C.A. NO. B-02-136
AARON CABRERA, ET AL              *
------------------------------------------------------------

MANUEL SANDOVAL-HERRERA           *
         VS                       *     C.A. NO. B-02-138
AARON CABRERA, ET AL              *
------------------------------------------------------------

RAUL HERNANDEZ-PANTOJA            *
         VS                       *     C.A. B-02-197
JOHN ASHCROFT, ET AL              *
------------------------------------------------------------

JOSE MARTIN OVIEDO-SIFUENTES      *
         VS                       *     C.A. NO. B-02-198
CHARLES ARENDALE, ET AL           *
------------------------------------------------------------

CESAR LUCIO                       *
         VS                       *     C.A. NO. B-02-225
CHARLES ARENDALE, ET AL           *
------------------------------------------------------------

PRAXEDIS RODRIGUEZ-CASTRO         *
         VS                       *     C.A. NO. B-02-228
AARON CABRERA, ET AL              *
------------------------------------------------------------

NOHEMI RANGEL-RIVERA              *
         VS                       *     C.A. NO. B-03-002
AARON CABRERA, ET AL              *
------------------------------------------------------------
```

## ORDER SETTING HEARING

Evidentiary hearings in above-captioned and numbered cases are hereby set for January 23, 2003, at 1:30 p.m., instead of status conferences.

DONE at Brownsville, Texas, this 14th day of January 2003.

    _____
    Felix Recio
    United States Magistrate Judge
    2nd Floor, Courtroom No. 1
    600 E. Harrison
    Brownsville, TX  78520