```
COURTROOM MINUTES: Felix Recio Judge Presiding
                   Southern District of Texas, Brownsville Division
                                                          United States District Court
                                                          Southern District of Texas
Courtroom Clerk    :   M Garcia                                  FILED
Court Reporter     :   B Record
CSO                :   D Delgado                            JAN 2 4 2003
Law Clerk          :   R Bryd / A Yanez
USPO               :   B Garcia                           Michael N. Milby
Date               :   January 24, 2003 at 1:20 p.m..     Clerk of Court
```

| CIVIL CASE NO. | | Parties | | Counsel |
|---|---|---|---|---|
| 1) | B-02-45 | Laura Estella Salazar-Regino<br>Vs<br>E.M. Trominski, et al | *<br><br>* | L Brodyaga<br><br>L Putnam |
| 2) | B-02-114 | Teodulo Cantu-Delgadillo<br>Vs<br>E.M. Trominski, et al | *<br><br>* | L Brodyaga<br><br>L Putnam |
| 3) | B-02-136 | Daniel Carrizales-Perez<br>Vs<br>Aaron Cabrera, et al | *<br><br>* | L Brodyaga<br><br>L Putnam |
| 4) | B-02-138 | Manuel Sandoval-Herrera<br>Vs<br>Aaron Cabrera, et al | *<br><br>* | L Brodyaga<br><br>L Putnam |
| 5) | B-02-197 | Raul Hernandez-Pantoja<br>Vs<br>John Ashcroft, et al | *<br><br>* | J Goodwin<br><br>L Putnam |
| 6) | B-02-198 | Jose Martin Oviedo-Sifuentes<br>Vs<br>Charles Arendale et al | *<br><br>* | L Brodyaga<br><br>L Putnam |
| 7) | B-02-225 | Cesar Lucio<br>Vs<br>Charles Arendale et al | *<br><br>* | L Brodyaga<br><br>L Putnam |
| 8) | B-02-228 | Praxedis Rodriguez-Castro<br>Vs<br>Aaron Cabrera, et al | *<br><br>* | L Brodyaga<br><br>L Putnam |
| 9) | B-03-02 | Nehemi Rangel-Rivera<br>Vs<br>Aaron Cabrera, et al | *<br><br>* | L Brodyaga<br><br>L Putnam |

**EVIDENTIARY HEARINGS**
(continued from 01/23/03)

L Brodyaga present for the Petitioners;
L Putnam present for the Government;

L Brodyaga addresses the Court and requests Petitioner Oviedo's presence be waived; Coounsel states she will proffer evidence for the Petitioners who did not testify yesterday and further states the remainder of the Petitioners were not informed of any immigration consequences prior to entering their plea;

L Brodyaga informs the Court that all Petitioners but Mr Oviedo had not been in the Country for a long period of time;

L Brodyaga briefly addresses the Respondent's Motions filed yesterday and proceeds to state the Government is claiming there is no habeas jurisdiction;
L Brodyaga offers information concerning the 5th Circuit and Habeas Corpus and states this Court has supplemental jurisdiction and advises she will put all this in writing for the Court;

L Brodyaga continues to address the Court with the issues;

L Putnam states the Petitioners chose to violate the law, were offered a plea which they took and were on fair notice that they were privileged to be in the United States and needed to abide by the law;

The Court addresses the focus of the conduct, which are the criminal acts in question;

L Putnam states that by the fact that they were allowed to be in the United States should put them on notice to abide by the laws if they want to remain in this Country;

L Brodyaga states it is not a privilege but a right once they are permanent residents and is concerned there is a lack of fair notice;

L Brodyaga addresses the issue of timing, and states that because of delays in the hearings and misinterpretation of the statutes, the law had changed (due process violation);

Court adjourned.