CAB-02-114

| AO435 (Rev. 1/90) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | FOR COURT USE ONLY DUE DATE: |
|---|---|---|

Read Instructions on Back.

## TRANSCRIPT ORDER

21

| 1. NAME Felix Recio | 2 PHONE NUMBER 956/548-2701 | 3. DATE 01/23/03 | | |
|---|---|---|---|---|
| 4. MAILING ADDRESS 600 E. Harrison, #203 | 5. CITY Brownsville | 6. STATE TX | 7 ZIP CODE 78520 | |
| 8. CASE NUMBER CA B-02-045 & 8 other related cases | 9. JUDICIAL OFFICIAL Felix Recio | DATES OF PROCEEDINGS | | |
| | | 10. FROM 01-23-03 | 11. TO 01-23-03 | |
| 12. CASE NAME SALAZAR-REGINO VS TROMINSKI, ET AL | LOCATION OF PROCEEDINGS | | | |
| | 13 CITY Brownsville | 14. STATE Texas | | |

### 15. ORDER FOR

☐ APPEAL          ☐ CRIMINAL          ☐ CRIMINAL JUSTICE ACT          ☐ BANKRUPTCY
☐ NON-APPEAL      ☒ CIVIL             ☐ IN FORMA PAUPERIS            ☐ OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | United States District Court Southern District of Texas FILED | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDINGS (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | JAN 2 4 2003 | ☒ OTHER (Specify) | |
| ☐ SENTENCING | Michael N. Milby | Evidentiary hearing | 01/23/03 |
| ☐ BAIL HEARING | Clerk of Court | | |

### 17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

| CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional). | ESTIMATE TOTAL | |
|---|---|---|
| 18. SIGNATURE | PROCESSED BY | |
| 19. DATE January 23, 2003 | PHONE NUMBER | |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

(Previous editions of this form may still be used)    ORIGINAL- COURT COPY    YELLOW- TRANSCRIPTION COPY    GREEN- ORDER RECEIPT    PINK- ORDER COPY