IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
APR 08 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| LAURA ESTELLA SALAZAR-REGINO, | |
| v. | |
| E.M. TROMINSKI, DISTRICT DIRECTOR, THE IMMIGRATION & NATURALIZATION SERVICE, and JOHN ASHCROFT, UNITED STATES ATTORNEY GENERAL | CIVIL ACTION NO. B-02-045 |
| TEODULO CANTU-DELGADILLO, | |
| v. | |
| E.M. TROMINSKI, DISTRICT DIRECTOR, THE IMMIGRATION & NATURALIZATION SERVICE, and JOHN ASHCROFT, UNITED STATES ATTORNEY GENERAL | CIVIL ACTION NO. B-02-114 |
| DANIEL CARRIZALOS-PEREZ, | |
| v. | |
| AARON CABRERA, ACTING DIRECTOR, HLG/DO, THE IMMIGRATION & NATURALIZATION SERVICE, and JOHN ASHCROFT, UNITED STATES ATTORNEY GENERAL | CIVIL ACTION NO. B-02-136 |

```
MANUEL SANDOVAL-HERRERA,            )
                                    )
v.                                  )
                                    )   CIVIL ACTION NO. B-02-138
AARON CABRERA, ACTING               )
DIRECTOR, HLG/DO, THE               )
IMMIGRATION & NATURALIZATION        )
SERVICE, and                        )
JOHN ASHCROFT, UNITED STATES        )
ATTORNEY GENERAL                    )
                                    )
_____ )
                                    )
RAUL HERNANDEZ-PANTOJA,             )
                                    )
v.                                  )
                                    )
                                    )   CIVIL ACTION NO. B-02-197
                                    )
JOHN ASHCROFT, UNITED STATES        )
ATTORNEY GENERAL, and               )
CHARLES ARENDALE, ACTING            )
DISTRICT DIRECTOR, of the           )
UNITED STATES IMMIGRATION AND       )
NATURALIZATION SERVICE              )
                                    )
_____ )
                                    )
JOSE MARTIN OVIEDO-SIFUENTES        )
                                    )
v.                                  )
                                    )   CIVIL ACTION NO. B-02-198
JOHN ASHCROFT, UNITED STATES        )
ATTORNEY GENERAL                    )
                                    )
_____ )
                                    )
CESAR LUCIO,                        )
                                    )
v.                                  )
                                    )   CIVIL ACTION NO. B-02-225
CHARLES ARENDALE, ACTING            )
DIRECTOR, HLG/DO, and               )
JOHN ASHCROFT, UNITED STATES        )
ATTORNEY GENERAL                    )
                                    )
_____ )
```

```
PRAXEDIS RODRIGUEZ-CASTRO,      )
                                )
                                )
v.                              )
                                )   CIVIL ACTION NO. B-02-228
                                )
AARON CABRERA, INS ACTING       )
DIRECTOR, HLG/DO and            )
JOHN ASHCROFT, UNITED STATES    )
ATTORNEY GENERAL                )
                                )
_____)
                                )
NOHEMI RANGEL-RIVERA,           )
                                )
                                )
v.                              )
                                )   CIVIL ACTION NO. B-03-002
                                )
AARON CABRERA, INS ACTING       )
DIRECTOR, HLG/DO and            )
JOHN ASHCROFT, UNITED STATES    )
ATTORNEY GENERAL                )
                                )
_____)
```

## ORDER

Upon consideration of the Unopposed Motion for Extension of Time to File Objections to the Magistrate Judge's Report and Recommendation filed by the Respondents, the Court finds that the motion for extension of time to respond should be granted.

It is therefore

ORDERED, ADJUDGED AND DECREED that the Respondents will have until April 14, 2003, to file their objections to the Magistrate Judge's Report and Recommendation.

Done this 7th day of April, 2003.