```
              UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF TEXAS
                  BROWNSVILLE DIVISION
```

| | | |
|---|---|---|
| TEODULO CANTU-DELGADILLO, | ) | |
| v. | ) | C.A. B-02-114 |
| E.M. TROMINSKI, et al. | ) | |
| DANIEL CARRIZALOS-PEREZ, | ) | |
| v. | ) | C.A. B-02-136 |
| AARON CABRERA, et al. | ) | |
| MANUEL SANDOVAL-HERRERA, | ) | |
| v. | ) | C.A. B-02-138 |
| AARON CABRERA, et al. | ) | |
| RAUL HERNANDEZ-PANTOJA, | ) | |
| v. | ) | C.A. B-02-197 |
| JOHN ASHCROFT, et al. | ) | |
| JOSE MARTIN OVIEDO-SIFUENTES | ) | |
| v. | ) | C.A. B-02-198 |
| CHARLES ARENDALE, et al. | ) | |
| CESAR LUCIO, | ) | |
| v. | ) | C.A. B-02-225 |
| CHARLES ARENDALE, et al. | ) | |
| PRAXEDIS RODRIGUEZ-CASTRO | ) | |
| v. | ) | C.A. B-02-228 |
| AARON CABRERA, et al. | ) | |

**ORDER GRANTING**
**PETITIONERS' OPPOSED MOTION TO RETURN CASE TO FIFTH CIRCUIT**

Before the Court is Petitioners' motion to return the above-captioned cases to the Fifth Circuit for further proceedings. On consideration thereof, the documents submitted with or referenced therein, the position of the Government, if any, the Court finds as follows, and enters the following Order:

The above seven cases, plus those of *Salazar-Regino v. Trominski,* CA B-02-045, and *Rangel-Rivera v. Cabrera*, CA B-03-002, were consolidated by this Court, and a notice of appeal filed with the Fifth Circuit. On appeal, the above seven cases were, on joint motion of the parties, severed. *See,* Docket Sheet, Fifth Circuit, No. 03-41492, entries dated April 2, 2004, and April 13, 2004.

After the Fifth Circuit denied the *en banc* petition in *Salazar-Regino* and *Rangel-Rivera,* [1] the Fifth Circuit sent all nine cases back to this Court, with the "judgment issued as mandate."

The above seven Petitioners then filed a motion, which is still pending, requesting that briefing proceed in the seven cases. However, without access to the file, it will be difficult for the Court to properly adjudicate said motion. [2]

WHEREFORE, IT IS HEREBY ORDERED that the above seven cases be

---

[1] A copy of that Petition, as filed with the Fifth Circuit, was filed as Exhibit B. The Certificate of Interested Parties shows Ms. Salazar-Regino and Ms. Rangel-Rivera as interested parties, with the above seven Petitioners mentioned in a footnote.

[2] It should also be noted that Petitioners originally filed their briefs with only the names of Ms. Salazar-Regino and Ms. Rangel-Rivera, but on instructions of the Clerk, after discussion of the fact that seven had been severed, filed new briefs, with the names of all nine Petitioners. Note Docket Sheet entries of April 27, 2004 ("Appellant's Brief filed by Appellant Laura Estela Salazar-Regino, Appellant Nohemi Rangel-Rivera. ... TITLE INCORRECT"), and June 7, 2004 ("Brief made sufficient by Appellant Laura Estela Salazar-Regino, Appellant Nohemi Rangel-Rivera").

returned to the Fifth Circuit.

DONE at Brownsville, Texas,
this _____ Day of November, 2005.

                                                 HON. HILDA TAGLE
                                               JUDGE PRESIDING