UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| TEODULO CANTU-DELGADILLO, | ) | |
| v. | ) | C.A. B-02-114 |
| E.M. TROMINSKI, et al. | ) | |

| | | |
|---|---|---|
| DANIEL CARRIZALOS-PEREZ, | ) | |
| v. | ) | C.A. B-02-136 |
| AARON CABRERA, et al. | ) | |

| | | |
|---|---|---|
| MANUEL SANDOVAL-HERRERA, | ) | |
| v. | ) | C.A. B-02-138 |
| AARON CABRERA, et al. | ) | |

| | | |
|---|---|---|
| RAUL HERNANDEZ-PANTOJA, | ) | |
| v. | ) | C.A. B-02-197 |
| JOHN ASHCROFT, et al. | ) | |

| | | |
|---|---|---|
| JOSE MARTIN OVIEDO-SIFUENTES | ) | |
| v. | ) | C.A. B-02-198 |
| CHARLES ARENDALE, et al. | ) | |

| | | |
|---|---|---|
| CESAR LUCIO, | ) | |
| v. | ) | C.A. B-02-225 |
| CHARLES ARENDALE, et al. | ) | |

| | | |
|---|---|---|
| PRAXEDIS RODRIGUEZ-CASTRO | ) | |
| v. | ) | C.A. B-02-228 |
| AARON CABRERA, et al. | ) | |

EXHIBIT "B" IN SUPPORT OF
MOTION TO RETURN CASE TO FIFTH CIRCUIT

**03-41492**

**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**
**AT HOUSTON, TEXAS**

**TEODULO CANTU-DELGADILLO,** Petitioner/Appellant
    v.
**E.M. TROMINSKI,** District Director, INS; and
  **JOHN ASHCROFT,** U.S. Attorney General, Respondents/Appellees
─────────

**DANIEL CARRIZALES-PEREZ,** Petitioner/Appellant
    v.
**AARON CABRERA,** Acting Director, INS; and
  **JOHN ASHCROFT,** U.S. Attorney General, Respondents/Appellees
─────────

**MANUEL SANDOVAL-HERRERA,** Petitioner/Appellant
    v.
**AARON CABRERA,** Acting Director, INS; and
  **JOHN ASHCROFT,** U.S. Attorney General, Respondents/Appellees
─────────

**RAUL HERNANDEZ PANTOJA,** Petitioner/Appellant
    v.
**JOHN ASHCROFT,** U.S. Attorney General, and
  **CHARLES ARENDALE,** Acting Director, INS, Respondents/Appellees
─────────

**JOSE MARTIN OVIEDO-SIFUENTES,** Petitioner/Appellant
    v.
**CHARLES ARENDALE,** Acting Director, INS, and
  **JOHN ASHCROFT,** U.S. Attorney General, Respondents/Appellees
─────────

**CESAR LUCIO,** Petitioner/Appellant
    v.
**CHARLES ARENDALE,** Acting Director, INS, and
  **JOHN ASHCROFT,** U.S. Attorney General, Respondents/Appellees
─────────

**PRAXEDIS RODRIGUEZ,** Petitioner/Appellant
    v.
**AARON CABRERA,** Acting Director, INS, and
  **JOHN ASHCROFT,** U.S. Attorney General, Respondents/Appellees, and

**PETITIONERS/APPELLANTS' MOTION TO RESTART BRIEFING**

The above seven Petitioners, through counsel, urge that briefing be resumed in their cases, which were severed and held in abeyance, pending resolution of *Salazar-Regino v. Trominski*, and *Rangel-Rivera v. Cabrera*, by order of this Court dated April 13, 2003.

The joint motion noted that the parties were in agreement that it would facilitate consideration of the issues presented if these seven cases were severed, and held in abeyance until the Court decided *Salazar-Regino* and *Rangel-Rivera*. It was believed that resolution of those two cases would control the outcome of the

remaining seven, as well as of the remaining cases in the series, which were held in abeyance at the District Court level pending resolution of *Salazar-Regino,* and which are now coming before this Court on transfer, pursuant to the REAL ID Act of 2005.[1]

To a large extent, this remains true. However, the procedural issues have all fallen away, as a result of the passage of the REAL ID Act. Furthermore, intervening case law has sharpened the split between the circuits on the underlying question of whether this Court should revisit the issue of whether a conviction for simple possession of a controlled substance which is a felony under state law, but would not be a felony under federal law, is an aggravated felony under 18 U.S.C. §924(c). In *Salazar-Regino* and *Rangel-Rivera,* this Court denied *en banc* reconsideration. The remaining seven Petitioners in the original series would hope to file simultaneous briefs to be submitted to a panel, and petitions for en banc consideration, both of which would sharpen the issues presented because of the absence of the procedural questions that

---

[1]   These include the following:

Alfonso Ortega-Aguirre v. Gonzales, No. 05-60596
Jose Ezequiel Martinez v. Gonzales, No. 05-60626
Angelina Aguilar-Adame v. Gonzales, No. 05-60627
Jose Ruben Sanchez-Pina v. Gonzales, No. 05-60594
Alfonso Ortega-Aguirre v. Gonzales, No. 05-60596
Sergio Gallardo-Trevino v. Gonzales, No. 05-60595
Filogonio Garcia-Maldonado v. Gonzales, No. 05-60692
Jose Ezequiel Martinez-Martinez v. Gonzales, No. 05-60626
Rolando Cavazos v. Gonzales, No. 05-60798
Juana Garcia-Rios v. Gonzales No. 05-60834
Efrain Garcia-Montalvo v. Gonzales No. 05-60845
Guadalupe Garcia-Muniz v. Gonzales, No. 05-60850
Jose Luis Garza-Saenz v. Gonzales, No. 05-60857,
Irma Gonzalez-Rodriguez v. Gonzales, No. 05-60867, and
Raul Galindo-Pena v. Gonzales, No. 05-60908.

The following cases have been transferred pursuant to REAL ID, but counsel does not yet have the corresponding Fifth Circuit numbers:

Abelardo Garcia-Suarez v. Gonzales, A36 585 366, B-04-034
Jose Mariano Alcalde-Val v. Gonzales, A34 355 261, B-05-062
Wenceslado Salinas-Alanis v. Gonzales, A26 086 628, B-03-076
Fernando Tapia-Santoy v. Gonzales, A24 847 810, B-03-039 and
Miguel Angel Avina-Fabela v. Winfrey, A30 260 607, B-03-172.

dominated briefing in *Salazar-Regino* and *Rangel-Rivera*.

WHEREFORE, it is urged that briefing be resumed in the consolidated cases of Teodulo Cantu-Delgadillo, Daniel Carrizales-Perez, Manuel Sandoval-Herrera, Raul Hernandez-Pantoja, Jose Martin Oviedo-Sifuentes, Cesar Lucio, and Praxedis Rodriguez, now that this Court has denied *en banc* reconsideration, and the mandate has issued, in the *Salazar-Regino*, and *Rangel-Rivera*.

Counsel attempted to contact Margaret Perry, Attorney, OIL, who originally joined in the motion to sever, but learned that she will be out of the office until next week.  Since the undersigned will also be out of the office on Monday, the instant motion is being filed, without awaiting her position with respect thereto.

Respectfully Submitted,


Lisa S. Brodyaga, Esq.
REFUGIO DEL RIO GRANDE,
17891 Landrum Park Rd.
San Benito, TX 78586
(956) 421-3226
Counsel for Petitioners/Appellants.

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was mailed, first-class postage prepaid, to Margaret Perry, Attorney, OIL, Box 878 Ben Franklin Sta., Washington D.C. 20044, on October 15, 2005.

_____