IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| TEODULO CANTU-DELGADILLO, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO. B-02-114 |
| E.M. TROMINSKI, et al. ) | |
| _____) | |
| DANIEL CARRIZALOS-PEREZ, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO. B-02-136 |
| AARON CABRERA, et al. ) | |
| _____) | |
| MANUEL SANDOVAL-HERRERA, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO. B-02-138 |
| AARON CABRERA, et al. ) | |
| _____ ) | |
| RAUL HERNANDEZ-PANTOJA, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO. B-02-197 |
| JOHN ASHCROFT, et al. ) | |
| _____ ) | |
| JOSE MARTIN OVIEDO-SIFUENTES ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO. B-02-198 |
| JOHN ASHCROFT, et al. ) | |
| _____ ) | |

```
CESAR LUCIO                        )
                                   )
v.                                 )    CIVIL ACTION NO. B-02-225
                                   )
CHARLES ARENDALE, et al.           )
_____)

PRAXEDIS RODRIGUEZ-CASTRO,         )
                                   )
v.                                 )
                                   )    CIVIL ACTION NO. B-02-228
AARON CABRERA, et al.              )
_____ )
```

**RESPONDENTS' NON-OPPOSITION TO
PETITIONERS' MOTION TO RETURN CASE TO THE
FIFTH CIRCUIT COURT OF APPEALS**

Respondents' in the above seven cases, consolidated by this Court, hereby notify the Petitioners and this Court that there is no opposition to Petitioners' motion to return the above-captioned cases to the Fifth Circuit Court of Appeals for further proceedings.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney
Southern District of Texas

/s/ Lisa M. Putnam
LISA M. PUTNAM
Special Assistant U.S. Attorney
P.O. Box 1711
Harlingen, Texas 78551
Tel: (956) 389-7051
Georgia Bar No. 590315

November 4, 2005                   Federal Bar No. 23937

2

CERTIFICATE OF SERVICE

I hereby certify that a true copy of Respondents' Non-Opposition to Petitioners' Motion to Return Case to Fifth Circuit Court of Appeals was electronically served upon Lisa Brodyaga, Esquire, and mailed by first class mail, postage prepaid, to:

>Jodi Goodwin, Esquire
>1322 E. Tyler
>Harlingen, TX  78550

on this 4th day of November, 2005.


>/s/ Lisa M. Putnam
>LISA M. PUTNAM
>Special Assistant United States Attorney