# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### OFFICE OF THE CLERK
600 E. HARRISON ST., #101
Brownsville, Texas 78520

MICHAEL N. MILBY, Clerk

**December 08, 2005**

Mr. Charles R. Fulbruge, III, Clerk  Re:   **Teodulo Cantu-Delgadillo**
U.S. Court of Appeals - Fifth Circuit
600 Camp Street, Room 102                vs.
New Orleans, Louisiana 70130

                                         **E.M. Trominski, et al.**

                                         **CA B-02-114**

Dear Sir:

Pursuant to Administrative Order in accordance with the REAL ID Act dated July 8, 2005, issued by the United States Court of Appeals for the Fifth Circuit, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

[X] Certified copy of the Order transferring the case and docket entries.

[X] Record consisting of __1__ Volume(s) of the record; __0__ Volume(s) of the transcript;

[ ] Other:_____

[X] U.S. District Judge entering the order transferring this case is:_____
      **Hilda G. Tagle**

[ ] Court reporter assigned to this case is_____

[X] This case was transferred without a hearing, and, therefore, there will be no transcript.

                                         Very Truly Yours,

                                         MICHAEL N. MILBY, CLERK

                                         BY: _____
                                             Maricela Perez, Deputy Clerk

cc:   File