UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
OFFICE OF THE CLERK
600 E. HARRISON ST., #101
Brownsville, Texas 78520

MICHAEL N. MILBY, Clerk

United States District Court
Southern District of Texas
FILED

FEB 0 8 2006

Michael N. Milby
Clerk of Court

December 06, 2005

Mr. Charles R. Fulbruge, III, Clerk　　Re:  **Teodulo Cantu-Delgadillo**
U.S. Court of Appeals - Fifth Circuit
600 Camp Street, Room 102　　　　　　　vs.
New Orleans, Louisiana 70130

**E.M. Trominski, et al.**

**CA B-02-114**　　06-60065
　　　　　　　　　　/·30·04

Dear Sir:

Pursuant to Administrative Order in accordance with the REAL ID Act dated July 8, 2005, issued by the United States Court of Appeals for the Fifth Circuit, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

[X] Certified copy of the Order transferring the case and docket entries.

[X] Record consisting of __1__ Volume(s) of the record; __0__ Volume(s) of the transcript;

[ ] Other:_____

[X] U.S. District Judge entering the order transferring this case is:_____
　　**Hilda G. Tagle**

[ ] Court reporter assigned to this case is_____

[X] This case was transferred without a hearing, and, therefore, there will be no transcript.

　　　　　　　　　　　　　　　　Very Truly Yours,

　　　　　　　　　　　　　　　　MICHAEL N. MILBY, CLERK

　　　　　　　　　　　　　　BY: _____
　　　　　　　　　　　　　　　　Maricela Perez, Deputy Clerk

cc:　　File